BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DARCI W. CRANE, IDAHO STATE BAR NO. 8852
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN T. MATTHAEI,<br><br>    Defendant. | Case No. 1:19-cr-00243-BLW<br><br>**INFORMATION**<br><br>42 U.S.C. § 1383a(a)(3) |

The United States Attorney charges:

### COUNT ONE

**Social Security Fraud**
**42 U.S.C. § 1383a(a)(3)**

On or about November 2013 through May 2018, in the District of Idaho, the defendant, KEVIN T. MATTHAEI, in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of an event affecting his continued right to receive payments of Supplemental Security Income benefits, concealed and failed to disclose such event with the intent to fraudulently secure such benefits in a greater amount than was due and when

INFORMATION - 1

no such benefit was authorized. Specifically, the defendant concealed and failed to disclose that he continued to live with his wife, and thereafter did not report his wife's income, all in violation of Title 42, United States Code, Section 1383a(a)(3).

Dated this 24th day of July, 2019.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        _____
        DARCI W. CRANE
        Assistant United States Attorney

INFORMATION - 2